In the Matter of JAMES J. KANEY et al., Appellants, against NEW
YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.

Argued June 11, 1948; decided July 16, 1948.

*Leonard N. Lakser* for appellants.
*Emil Cohen* for respondents.

Appeal dismissed, without costs, on the ground that the asserted constitutional questions are not directly involved in the decision appealed from. (Cf. *Matter of Levy,* 255 N. Y. 223, 226; *Matter of Smith* v. *Cole,* 296 N. Y. 614.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.